# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:98cv220

| | | |
|---|---|---|
| **VONNIE K. AGNER and wife,** | ) | |
| **JUNE AGNER, et al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **Vs.** | ) | **JUDGMENT** |
| | ) | |
| **DANIEL  INTERNATIONAL** | ) | |
| **CORPORATION, f/k/a Daniel** | ) | |
| **Construction company, et al.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS ACTION** came on for trial before the Court and a jury, Honorable Lacy H. Thornburg, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

**IT IS ORDERED AND ADJUDGED** that the plaintiffs' Clinton D. Turman and wife, Susan R. Turman take nothing, that the action be dismissed on the merits, and that the defendant Daniel International Corporation, f/k/a Daniel Construction Company recover of the plaintiffs' Clinton D. Turman and wife Susan R. Turman his  costs of action.

**Signed: July 29, 2005**

Lacy H. Thornburg
United States District Judge