# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:98cv138

| | |
|---|---|
| VONNIE K. AGNER and wife, ) <br> JUNE AGNER, et al. ) <br> ) <br>           **Plaintiffs**, ) <br> ) <br> Vs. ) <br> ) <br> DANIEL INTERNATIONAL ) <br> CORPORATION, f/k/a Daniel ) <br> Construction company, et al. ) <br> ) <br>           **Defendant**. ) <br> ) | **JUDGMENT** |

**THIS ACTION** came on for trial before the Court and a jury, Honorable Lacy H. Thornburg, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

**IT IS ORDERED AND ADJUDGED** that the plaintiffs' Shirley Ray Paxton and wife, Patsy J. Paxton take nothing, that the action be dismissed on the merits, and that the defendant Daniel International Corporation, f/k/a Daniel Construction Company recover of the plaintiffs' Shirley Ray Paxton and wife, Patsy J. Paxton his costs of action.

**Signed: August 2, 2005**

Lacy H. Thornburg
United States District Judge