# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| CECIL ALLMAN and wife, FRANCES W. ALLMAN; MICHAEL M. BENNETT and wife, LIBBY M. BENNETT; DONALD BURLESON and wife, BETTY H. BURLESON; LEONARD T. HOLT and wife, SHIRLEY L. HOLT; ALMA IVERY; CHARLES MENSTER and wife, VERA M. MENSTER; CHARLES McDANIEL and wife, LOIS McDANIEL; GLADYS ROBERTS; PEGGY ROGERS; ERNST SHEPHERD and wife, PATSY E. SHEPHERD; and BOBBY E. STARNES and wife, MYRNA J. STARNES, <br><br> Plaintiffs, <br><br> Vs. <br><br> DANIEL INTERNATIONAL CORPORATION, f/k/a Daniel Construction Company, *et al.*, <br><br> Defendants. | Civil No. 3:98cv220 |

**THIS MATTER** is before the Court on correspondence received from the Plaintiffs' counsel that these parties are ready for trial "subject to a limited period of discovery." Defendants have responded through counsel that not only is this too large a group for trial at one time, discovery is likely to "take some time."

Given the parties' differing views and in order to prepare some, if not all, of the captioned cases for trial, the Court is of the opinion that a pretrial conference is necessary in order to set these cases on a course toward trial. The parties are advised that the Court is considering a trial date in late January 2007.

**IT IS, THEREFORE, ORDERED** that a pretrial conference will be held in this matter on **WEDNESDAY, MAY 17, 2006, AT 11:00 AM,** in the chambers of the undersigned in Asheville, North Carolina.

Signed: May 3, 2006

Lacy H. Thornburg
United States District Judge