## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:98cv220

| | |
|---|---|
| **VONNIE K. AGNER and wife,** ) | |
| **JUNE AGNER, et al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **Vs.** ) | **JUDGMENT** |
| ) | |
| **DANIEL INTERNATIONAL** ) | |
| **CORPORATION, f/k/a Daniel** ) | |
| **Construction company, et al.** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS ACTION** came on for trial before the Court and a jury, Honorable Lacy H.

Thornburg, District Judge, presiding, and the issues having been duly tried and the jury having

duly rendered its verdict,

**IT IS ORDERED AND ADJUDGED** that the plaintiffs' Shirley Ray Paxton and wife,

Patsy J. Paxton take nothing, that the action be dismissed on the merits, and that the defendant

Daniel International Corporation, f/k/a Daniel Construction Company recover of the plaintiffs'

Shirley Ray Paxton and wife, Patsy J. Paxton his costs of action.

Signed: May 17, 2006

Lacy H. Thornburg
United States District Judge