# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| CECIL ALLMAN and wife, FRANCES W. ALLMAN; MICHAEL M. BENNETT and wife, LIBBY M. BENNETT; DONALD BURLESON and wife, BETTY H. BURLESON; LEONARD T. HOLT and wife, SHIRLEY L. HOLT; ALMA IVERY; CHARLES MENSTER and wife, VERA M. MENSTER; CHARLES McDANIEL and wife, LOIS McDANIEL; GLADYS ROBERTS; PEGGY ROGERS; ERNST SHEPHERD and wife, PATSY E. SHEPHERD; and BOBBY E. STARNES and wife, MYRNA J. STARNES, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) | Civil No. 3:98cv220 |
| DANIEL INTERNATIONAL CORPORATION, f/k/a Daniel Construction Company, *et al.,* | ) ) ) ) | |
| Defendants. | ) ) ) | |

**THIS MATTER** is before the Court on motion of the Defendant Daniel International Corporation to compel the Plaintiffs to respond to its request for production of documents served June 1, 2006. The motion is denied.

In addition to the fact that the motion does not contain a "meet and confer" certificate as required by the Court's Local Rules, the discovery period has closed.  As a result, the Court will not become embroiled in discovery disputes between the parties.

**IT IS, THEREFORE, ORDERED** that the motion of Defendant Daniel International to compel is hereby **DENIED** with prejudice.

Signed: December 5, 2006

Lacy H. Thornburg
United States District Judge