# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL NO. 3:98CV220

| | |
|---|---|
| VONNIE K. AGNER, and wife, AGNER, *et al.*, <br><br>This document pertains to: <br>CECIL ALLMAN, and wife FRANCES W. ALLMAN; MICHAEL M. BENNETT, and wife LIBBY M. BENNETT; DONALD BURLESON, and wife BETTY H. BURLESON; ALMA IVERY; CHARLIE MENSTER, and wife VERA M. MENSTER; CHARLES McDANIEL, and wife LOIS McDANIEL; GLADYS ROBERTS; and PEGGY ROGERS, <br><br>          Plaintiffs, <br><br>Vs. <br><br>DANIEL INTERNATIONAL CORPORATION, f/k/a Daniel Construction Company, *et al.*, <br><br>          Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><u>O R D E R</u> |

**THIS MATTER** is before the Court on the motions of Defendant Fluor Enterprises, Inc., for summary judgment as to each of the captioned Plaintiffs.

Because these Plaintiffs and the Defendant Fluor Enterprises have advised the Court that all matters in controversy have been settled between them,

**IT IS, THEREFORE, ORDERED** that the Defendant's motions for summary judgment as to each respective Plaintiff are hereby **DENIED** as moot.

**IT IS FURTHER ORDERED** that the parties' settlement documents, *i.e.*, consent judgment, stipulation of dismissal, or joint motion to dismiss, *etc.*, be filed with the Court on or before 90 days from entry of this Order.

Signed: April 2, 2007

Lacy H. Thornburg
United States District Judge