IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:98CV220

| | |
|---|---|
| VONNIE K. AGNER, et al., ) <br> ) <br> This document pertains to: ) <br> ) <br> LEONARD THOMAS HOLT, and wife ) <br> SHIRLEY L. HOLT; ERNEST SHEPHERD ) <br> and wife PATSY E. SHEPHERD; and ) <br> BOBBY E. STARNES, and wife ) <br> MYRNA J. STARNES, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> DANIEL INTERNATIONAL ) <br> CORPORATION, ) <br> ) <br> Defendant. ) <br> ) | **ORDER OF DISMISSAL** |

**THIS MATTER** is before the Court on the joint motion of the specific Plaintiffs captioned above and Defendant Daniel International Corporation, to dismiss this action with prejudice as to that Defendant.[1]

For good cause appearing,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the joint motion to dismiss is **ALLOWED,** and the claims of Plaintiffs Leonard Thomas Holt and wife, Shirley L. Holt, Ernest Shepherd and wife, Patsy E. Shepherd, and Bobby E. Starnes and wife,

---

[1] The Defendants Fluor Enterprises, Inc., and Strategic Organizational Systems, Environmental Engineering Division, Inc., were dismissed on summary judgment. ***See*** **Memorandum of Decision, filed January 5, 2007.**

1

Myrna J. Starnes, against the defendant Daniel International Corporation, are hereby

**DISMISSED WITH PREJUDICE**.

      Signed: April 26, 2007

Lacy H. Thornburg
United States District Judge