# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| VONNIE K. AGNER, and wife, JUNE AGNER, *et al.*, | )<br>)<br>) |
| Plaintiffs, | ) |
| Vs. | ) Civil No. 3:98CV220 |
| DANIEL INTERNATIONAL CORPORATION, f/k/a Daniel Construction Company, *et al.*, | )<br>)<br>) |
| Defendants. | ) |
| ROBERT F. BOST, and wife MILDRED S. BOST, *et al.*, | )<br>)<br>) |
| Plaintiffs, | ) |
| Vs. | ) Civil No. 3:98CV138 |
| DANIEL INTERNATIONAL CORPORATION, f/k/a Daniel Construction Company, *et al.*, | )<br>)<br>) |
| Defendants. | ) |

# **AMENDED FINAL PRETRIAL ORDER**

**THESE MATTERS** are before the Court on a proposed amended final pretrial order agreed to and jointly submitted by counsel herein.

Based upon the terms of the proposed order,

**IT IS, THEREFORE, ORDERED** that the cases of **Irvin Gobble, and Albert Tittle, and wife Mary M. Tittle**, are scheduled for trial during the **August 20-31, 2007, term.**

**IT IS FURTHER ORDERED** that the following deadlines apply to these cases scheduled for trial in August 2007:

1. Depositions of the Plaintiffs must be completed on or before **May 22, 2007;**

2. Plaintiffs shall provide the Defendants with any updating medical review on or before **May 22, 2007;**

3. All prior radiology and pathology shall be shared with the Defendants on or before **May 22, 2007.** Within 45 days from production of such medical information and no later than 15 days before trial, the Defendants shall return all radiology produced to the Plaintiffs' counsel;

4. Any new radiology must be produced digitally, if available;

5. On or before **May 22, 2007**, the Plaintiffs shall execute authorizations for the blanket release of medical records to defense counsel;

6. Reports for retained experts are due from the Plaintiffs no later than **June 22, 2007,** and from the Defendants no later than **July 13, 2007**;

7. Plaintiffs shall identify any product identification or co-worker witnesses no later than **June 22, 2007**;

8. Discovery shall be completed no later than **July 13, 2007**; expert discovery shall be completed no later than **July 20, 2007;**

9. All motions except motions *in limine* shall be filed no later than **July 20, 2007**.

**IT IS FURTHER ORDERED** that the following cases are scheduled for trial during the **October 22 through November 1, 2007, term:**

**Arnold Crook, and wife Aulena Crook**
**Cornelius Hargrove, and wife Ellen W. Hargrove**
**J. Frances Holt, and wife Almeader S. Holt**
**Norman Holt, and wife, Betty L. Holt**
**Jimmie L. Kitchen**
**Donald Lindsay**
**James A. Redmond and wife, Annie B. Redmond**
**Jerry L. Reid, and wife Wanda L. Reid**
**James Sloan, and wife Willie M. Sloan**
**John H. Smith, and wife Vernie Smith**

**IT IS FURTHER ORDERED** that the following deadlines apply to the cases scheduled for trial in October/November 2007:

1. Depositions of the Plaintiffs must be completed on or before **July 24, 2007;**

2. Plaintiffs shall provide the Defendants with any updating medical review on or before **July 24, 2007;**

3. All prior radiology and pathology shall be shared with the Defendants on or before **July 24, 2007.** Within 45 days from production of such medical information and no later than 15 days before trial, the Defendants shall return all radiology produced to the Plaintiffs' counsel;

4. Any new radiology must be produced digitally, if available;

5. On or before **July 24, 2007**, the Plaintiffs shall execute authorizations for the blanket release of medical records to defense counsel;

6. Reports for retained experts are due from the Plaintiffs no later than **August 22, 2007,** and from the Defendants no later than **September 21, 2007**;

7. Plaintiffs shall identify any product identification or co-worker witnesses no later than **August 22, 2007**;

8. Discovery shall be completed no later than **September 21, 2007**; expert discovery shall be completed no later than **September 21, 2007;**

9. All motions except motions *in limine* shall be filed no later than **September 21, 2007**.

The parties are directed to consult with the other pretrial orders entered herein for matters not specifically addressed by this Order.

Signed: July 2, 2007

Lacy H. Thornburg
United States District Judge