# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| VONNIE K. AGNER, and wife JUNE AGNER, *et al.*, | )<br>)<br>) |
| This document pertains to:<br>CECIL ALLMAN and wife, FRANCES W. ALLMAN,<br>MICHAEL M. BENNETT and wife, LIBBY M. BENNETT,<br>DONALD BURLESON and wife BETTY H. BURLESON,<br>ALMA IVERY,<br>CHARLES McDANIEL and wife LOIS McDANIEL,<br>CHARLES MENSTER and wife VERNA M. MENSTER,<br>GLADYS ROBERTS,<br>PEGGY ROGERS, | )<br>)<br>)<br>)  C.A. 3:98 CV 220-T<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| DANIEL INTERNATIONAL CORPORATION, f/k/a Daniel Construction Company, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

### ORDER OF DISMISSAL WITH PREJUDICE OF DANIEL INTERNATIONAL CORPORATION f/k/a DANIEL CONSTRUCTION COMPANY; FLUOR ENTERPRISES, INC., f/k/a FLUOR DANIEL, INC.; STRATEGIC ORGANIZATION SYSTEMS ENVIRONMENTAL ENGINEERING DIVISION, INC., f/d/b/a SOS INTERNATIONAL, INC. and SOS ENVIRONMENTAL, INC.

**THIS MATTER** is before the Court on the joint motion of the captioned Plaintiffs, and Defendants Daniel International Corporation, f/k/a Daniel Construction Company; Fluor Enterprises, Inc., f/k/a Fluor Daniel, Inc.; Strategic Organization Systems Environmental

Engineering Division, Inc., f/d/b/a SOS International, Inc. and SOS Environmental, Inc., to dismiss this action with prejudice as to said Defendants.

For good cause appearing,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiffs Cecil Allman and wife, Frances W. Allman; Michael M. Bennett and wife, Libby M. Bennett; Donald Burleson and wife, Betty H. Burleson; Alma Ivery; Charles McDaniel and wife Lois McDaniel; Charles Menster and wife, Verna M. Menster; Gladys Roberts; and Peggy Rogers, against the defendants Daniel International Corporation, f/k/a Daniel Construction Company; Fluor Enterprises, Inc., f/k/a Fluor Daniel, Inc.; Strategic Organization Systems Environmental Engineering Division, Inc., f/d/b/a SOS International, Inc. and SOS Environmental, Inc., are hereby **DISMISSED WITH PREJUDICE**.

Signed: July 10, 2007

Lacy H. Thornburg
United States District Judge