# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| VONNIE K. AGNER, and wife JUNE AGNER, *et al.*, | ) ) ) |
| This document pertains to: VONNIE K. AGNER and wife, JANE AGNER, GUY BYRD and wife, CAROL BYRD, JOHN A. HODGE, WILLIAM H. PARKER, THEOLA ROBINSON, COY SHIVE and wife PATRICIA SHIVE, FRANKLIN D. SLOOP and wife FAYE T. SLOOP, RUFUS SMITH, | ) ) ) ) ) ) ) ) ) ) ) C.A. 3:98 CV 220-T |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| DANIEL INTERNATIONAL CORPORATION, f/k/a Daniel Construction Company, *et al,.* | ) ) ) |
| Defendants. | ) ) |

## ORDER OF DISMISSAL WITH PREJUDICE OF DANIEL INTERNATIONAL CORPORATION f/k/a DANIEL CONSTRUCTION COMPANY; FLUOR ENTERPRISES, INC., f/k/a FLUOR DANIEL, INC.; STRATEGIC ORGANIZATION SYSTEMS ENVIRONMENTAL ENGINEERING DIVISION, INC., f/d/b/a SOS INTERNATIONAL, INC. and SOS ENVIRONMENTAL, INC.

THIS MATTER is before the Court on the joint motion of the captioned Plaintiffs, and Defendants Daniel International Corporation, f/k/a Daniel Construction Company; Fluor Enterprises, Inc., f/k/a Fluor Daniel, Inc.; Strategic Organization Systems Environmental Engineering Division, Inc., f/d/b/a SOS International, Inc. and SOS Environmental, Inc., to dismiss this action with prejudice as to said Defendants.

For good cause appearing,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiffs Vonnie K. Agner and wife, Jane Agner; Guy Byrd and wife, Carol Byrd; John A. Hodge; William H. Parker; Theola Robinson; Coy Shive and wife, Patricia Shive; Franklin D. Sloop and wife, Faye T. Sloop; and Rufus Smith, against the Defendants Daniel International Corporation, f/k/a Daniel Construction Company; Fluor Enterprises, Inc., f/k/a Fluor Daniel, Inc.; Strategic Organization Systems Environmental Engineering Division, Inc., f/d/b/a SOS International, Inc. and SOS Environmental, Inc., are hereby **DISMISSED WITH PREJUDICE**.

Signed: July 10, 2007

Lacy H. Thornburg
United States District Judge