IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:98CV220

| | |
|---|---|
| VONNIE K. AGNER, et al., | ) |
| | ) |
| This document pertains to: | ) |
| JASPER J. WADDELL, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| DANIEL INTERNATIONAL CORPORATION, | ) |
| f/k/a Daniel Construction Company, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

### ORDER OF DISMISSAL WITH PREJUDICE OF
### DANIEL INTERNATIONAL CORPORATION
### f/k/a DANIEL CONSTRUCTION COMPANY;
### FLUOR ENTERPRISES, INC., f/k/a FLUOR DANIEL, INC.;
### STRATEGIC ORGANIZATION SYSTEMS ENVIRONMENTAL ENGINEERING
### DIVISION, INC., f/d/b/a SOS INTERNATIONAL, INC. and
### SOS ENVIRONMENTAL, INC.

**THIS MATTER** is before the Court on the joint motion of Plaintiff Jasper J. Waddell, and Defendants Daniel International Corporation, f/k/a Daniel Construction Company; Fluor Enterprises, Inc., f/k/a Fluor Daniel, Inc.; Strategic Organization Systems Environmental Engineering Division, Inc., f/d/b/a SOS International, Inc. and SOS Environmental, Inc., to dismiss this action with prejudice as to the Defendants.

For good cause appearing,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiff Jasper J. Waddell, against the Defendants Daniel International Corporation, f/k/a Daniel Construction Company; Fluor

Enterprises, Inc., f/k/a Fluor Daniel, Inc.; Strategic Organization Systems Environmental Engineering Division, Inc., f/d/b/a SOS International, Inc. and SOS Environmental, Inc., are hereby **DISMISSED WITH PREJUDICE**.

Signed: August 14, 2007

Lacy H. Thornburg
United States District Judge