# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

VONNIE K. AGNER, et al.,         )

This document pertains to:      )

*IRVIN GOBBLE,*             )

        Plaintiff,        )

   vs.                 )

DANIEL INTERNATIONAL CORPORATION, )
f/k/a Daniel Construction Company, et al.   )

       Defendants.     )

C.A. 3:98 CV 220-T

## ORDER OF DISMISSAL WITH PREJUDICE OF
## DANIEL INTERNATIONAL CORPORATION
## f/k/a DANIEL CONSTRUCTION COMPANY;
## FLUOR ENTERPRISES, INC., f/k/a FLUOR DANIEL, INC.;
## STRATEGIC ORGANIZATION SYSTEMS
## ENVIRONMENTAL ENGINEERING DIVISION, INC.,
## f/d/b/a SOS INTERNATIONAL, INC. and
## SOS ENVIRONMENTAL, INC.

**THIS MATTER** is before the Court on the joint motion of Plaintiff Irvin Gobble and

Defendants Daniel International Corporation, f/k/a Daniel Construction Company; Fluor

Enterprises, Inc., f/k/a Fluor Daniel, Inc.; Strategic Organization Systems Environmental

Engineering Division, Inc., f/d/b/a SOS International, Inc. and SOS Environmental, Inc., to

dismiss this action with prejudice as to said Defendants.

For good cause appearing,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the joint

motion to dismiss is **ALLOWED**, and the claims of Plaintiff Irvin Gobble against the

Defendants Daniel International Corporation, f/k/a Daniel Construction Company; Fluor

1

Enterprises, Inc., f/k/a Fluor Daniel, Inc.; Strategic Organization Systems Environmental

Engineering Division, Inc., f/d/b/a SOS International, Inc. and SOS Environmental, Inc., are

hereby **DISMISSED WITH PREJUDICE**, and this action is terminated as to Plaintiff Gobble.

Signed: September 14, 2007

Lacy H. Thornburg
United States District Judge