IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| VONNIE K. AGNER, et al., | ) |
| | ) C.A. 3:98 CV 220-T |
| This document pertains to: | ) |
| | ) |
| *ALBERT TITTLE and wife, MARY TITTLE,* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| DANIEL INTERNATIONAL CORPORATION, | ) |
| f/k/a Daniel Construction Company, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER OF DISMISSAL WITH PREJUDICE OF
DANIEL INTERNATIONAL CORPORATION
f/k/a DANIEL CONSTRUCTION COMPANY;
FLUOR ENTERPRISES, INC., f/k/a FLUOR DANIEL, INC.;
STRATEGIC ORGANIZATION SYSTEMS
ENVIRONMENTAL ENGINEERING DIVISION, INC.,
f/d/b/a SOS INTERNATIONAL, INC. and
SOS ENVIRONMENTAL, INC.**

**THIS MATTER** is before the Court on the joint motion of Plaintiffs Albert Tittle and wife, Mary Tittle, and Defendants Daniel International Corporation, f/k/a Daniel Construction Company; Fluor Enterprises, Inc., f/k/a Fluor Daniel, Inc.; Strategic Organization Systems Environmental Engineering Division, Inc., f/d/b/a SOS International, Inc. and SOS Environmental, Inc., to dismiss this action with prejudice as to said Defendants.

For good cause appearing,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiffs Albert Tittle and wife, Mary Tittle, against the Defendants Daniel International Corporation, f/k/a Daniel Construction

1

Company; Fluor Enterprises, Inc., f/k/a Fluor Daniel, Inc.; Strategic Organization Systems Environmental Engineering Division, Inc., f/d/b/a SOS International, Inc. and SOS Environmental, Inc., are hereby **DISMISSED WITH PREJUDICE,** and those Plaintiffs are terminated from this action.

Signed: September 14, 2007

Lacy H. Thornburg
United States District Judge