IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| VONNIE K. AGNER, et al., | ) | |
| | ) | |
| This document pertains to: | ) | |
| | ) | |
| CORNELIUS HARGROVE and wife | ) | File No. 3:98-CV-220-T |
| ELLEN W. HARGROVE; | ) | |
| J. FRANCES HOLT and wife ALMEADER | ) | ORDER OF DISMISSAL WITH |
| S. HOLT; | ) | PREJUDICE |
| NORMAN HOLT and wife, BETTY L. | ) | |
| HOLT; | ) | |
| JIMMIE L. KITCHEN; | ) | |
| DONALD LINDSAY; | ) | |
| JAMES A. REDMON and wife, ANNIE B. | ) | |
| REDMON; | ) | |
| JERRY L. REID and wife WANDA L. | ) | |
| REID; | ) | |
| JOHN H. SMITH and wife, VERNIE | ) | |
| SMITH | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DANIEL INTERNATIONAL | ) | |
| CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the joint motion of Plaintiffs above named and Defendants Daniel International Corporation, f/k/a Daniel Construction Company; Fluor Enterprises, Inc., f/k/a Fluor Daniel, Inc.; Strategic Organization Systems Environmental Engineering Division, Inc., f/d/b/a SOS International, Inc. and SOS Environmental, Inc. (collectively "Defendants"), to dismiss this action with prejudice as to Plaintiffs' claims against Defendants.

For good cause appearing,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiffs Cornelius Hargrove and wife Ellen W. Hargrove, J. Frances Holt and wife Almeader S. Holt; Norman Holt and wife, Betty L. Holt, Jimmie L. Kitchen; Donald Lindsay; James A. Redmon and wife, Annie B. Redmon; Jerry L. Reid and wife Wanda L. Reid, John H. Smith and wife, Vernie Smith, against the Defendants Daniel International Corporation, f/k/a Daniel Construction Company; Fluor Enterprises, Inc., f/k/a Fluor Daniel, Inc.; Strategic Organization Systems Environmental Engineering Division, Inc., f/d/b/a SOS International, Inc. and SOS Environmental, Inc., are hereby **DISMISSED WITH PREJUDICE**.

Signed: October 12, 2007

Lacy H. Thornburg
United States District Judge