IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| VONNIE K. AGNER and wife, JUNE AGNER, et al., | ) ) ) | Civil No. 3:98-CV-220-T |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| DANIEL INTERNATIONAL CORPORATION, f/k/a Daniel Construction Company, et al., | ) ) ) ) ) | |
| Defendants. | ) ) ) | |
| ROBERT F. BOST, et al., | ) ) | Civil No. 3:98 CV 138-T |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) ) | |
| DANIEL INTERNATIONAL CORPORATION, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

**AMENDED FINAL PRETRIAL ORDER**

**THESE MATTERS** are before the Court on Plaintiff's amended Proposed Trial Grouping submitted February 1, 2008, as agreed to by the Defendants.

Based upon the trial groupings as submitted,

**IT IS, THEREFORE, ORDERED** that the following cases are scheduled for trial during the **June 16 through July 3, 2008, term**:

Beeker, Terry
Carriker, Sr., John
Christenberry, John
Eagle, Leona
Elkins, Danny
Freeze, Jason
Goodlett, Billy
Goodman, Clyde

      Hunt, Arthur
      Seamon, Ernest
      Smith, Bill
      Smith, Jr. Franklin
      Wallace, William

**IT IS FURTHER ORDERED** that the following deadlines apply to these cases scheduled for trial in **June 2008** (as computed on the attached schedule):

1. Depositions of the Plaintiffs must be completed on or before **March 18, 2008**.

2. Plaintiffs shall provide the Defendants with any updating medical records on or before **March 18, 2008.**

3. All prior radiology and pathology shall be shared with the defendants on or before **March 18, 2008**. Within 45 days from production of such medical information and no later than 15 days before trial, the Defendants shall return all radiology produced to Plaintiffs' counsel.

4. Any new radiology must be produced digitally, if available.

5. On or before **March 18, 2008**, the Plaintiffs shall execute authorizations for the blanket release of medical records to defense counsel.

6. Reports for retained experts are due form the Plaintiffs no later than **April 17, 2008**, and from the Defendants no later than **May 12, 2008**.

7. Plaintiffs shall identify any product identification or co-worker witnesses no later than **April 17, 2008**.

8. Discovery shall be completed no later than **May 19, 2008**; expert discovery shall be completed no later than **June 6, 2008**.

9. All motions except motions *in limine* shall be filed no later than **June 6, 2008.**

**IT IS FURTHER ORDERED** that the following cases are scheduled for trial during the **August 18 through September 5, 2008, term**:

Aldrich, Nottie
Barnhardt, Thomas
Boger, John
Bonds, Merle
Daniels, Sr., Charles
Doby, Carl
Fonseca, Sr., Edward
Gibbons, Gary
Godbey, Robert
Guy, Elsie
Hendrickson, Larry
Hodges, David T.
Honeycutt, William
Jackson, Bettye
Kennedy, John
Knight, James
Logan, Thomas
Measmer, Kenneth
Nall, Charles
Ostwalt, Mildred
Potts, Homer
Reavis, Billy
Saine, Henry
Saleeby, Maurice
Shumaker, Kermit
Stirewalt, Steven
Tanner, Sr., William
Thomas, Ronald
Warren, Danny

**IT IS FURTHER ORDERED** that the following deadlines apply to these cases scheduled for trial in **August 2008** (as computed on the attached schedule):

1. Depositions of the Plaintiffs must be completed on or before **May 20, 2008**.

2. Plaintiffs shall provide the Defendants with any updating medical records on or before **May 20, 2008.**

3. All prior radiology and pathology shall be shared with the defendants on or before **May 20, 2008**. Within 45 days from production of such medical information and no later than 15 days before trial, the Defendants shall return all radiology produced to Plaintiffs' counsel.

4. Any new radiology must be produced digitally, if available.

5. On or before **May 20, 2008**, the Plaintiffs shall execute authorizations for the blanket release of medical records to defense counsel.

6. Reports for retained experts are due form the Plaintiffs no later than **June 19, 2008**, and from the Defendants no later than **July 21, 2008**.

7. Plaintiffs shall identify any product identification or co-worker witnesses no later than **June 4, 2008**.

8. Discovery shall be completed no later than **July 21, 2008**; expert discovery shall be completed no later than **August 8, 2008**.

9. All motions except motions *in limine* shall be filed no later than **August 8, 2008.**

**IT IS FURTHER ORDERED** that the following cases are scheduled for trial during the **October 20 through October 31, 2008, term**:

Barbee, Joe
Bond, Terry
Bost, Robert
Bowles, Larry
Coleman, james
Ellis, Joe
Faust, Martha
Granford, Morree
Holmes, Fred
Holt, Sallie
Jennings, Jr., William
Johns, Bobby
Kepley, Ronald
Miller, Clyde
Morrison, Sr., Bobby
Parker, Martha

   Phelps, John
   Powlas, Joe
   Ridenhour, John
   Robertson, Ada
   Seaford, Sr., Glenn
   Shoe, Howard
   Shoe, Sr., Donald
   Torrence, Sr., Wilbert
   Walker, Jr., James
   Weldon, Sr., Charles
   Wilhelm, Miron
   Wilson, Jr., Leon
   Winecoff, Mary
   Wise, Jr., Walter

  **IT IS FURTHER ORDERED** that the following deadlines apply to these cases scheduled for trial in **October 2008** (as computed on the attached schedule):

  1. Depositions of the Plaintiffs must be completed on or before **July 22, 2008**.

  2. Plaintiffs shall provide the Defendants with any updating medical records on or before **July 22, 2008.**

  3. All prior radiology and pathology shall be shared with the defendants on or before **July 22, 2008**. Within 45 days from production of such medical information and no later than 15 days before trial, the Defendants shall return all radiology produced to Plaintiffs' counsel.

  4. Any new radiology must be produced digitally, if available.

  5. On or before **July 22, 2008**, the Plaintiffs shall execute authorizations for the blanket release of medical records to defense counsel.

  6. Reports for retained experts are due form the Plaintiffs no later than **August 21, 2008**, and from the Defendants no later than **September 22, 2008**.

  7. Plaintiffs shall identify any product identification or co-worker witnesses no later than **August 6**.

8. Discovery shall be completed no later than **September 22, 2008**; expert discovery shall be completed no later than **October 10, 2008**.

9. All motions except motions *in limine* shall be filed no later than **October 10, 2008.**

The parties are directed to consult with the other pretrial orders entered herein for matters not specifically addressed by this Order.

Signed: February 1, 2008

Lacy H. Thornburg
United States District Judge

WE CONSENT:

_____  _____
Michael B. Pross, Esq.            Moffatt G. McDonald, Esq.
Wallace & Graham, P.A.            Haynsworth Sinkler Boyd, P.A.
525 North Main Street             P. O. Box 2048
Salisbury, NC 28144               Greenville, SC 29602
Telephone: (704) 633-5244         Telephone: 864-240-3214

Attorneys for Plaintiffs          Attorneys for Defendants

| No. of days before trial | June 16-July 3 Trial Group | Deadline Date |
|---|---|---|
| 90 | Depositions of the Plaintiffs must be completed | 3/18/2008 |
| 90 | Plaintiffs shall provide Defendants with any updating medical review | 3/18/2008 |
| 90 | All prior radiology and pathology shall be shared with the Defendants (radiology to be produced digitally if available) Within 45 days from the date of production but in no case later than 15 days before trial, Defendant shall return all radiology to Plaintiffs' counsel which were produced. | 3/18/2008 |
| 90 | Plaintiffs shall execute authorizations for the blanket release of medical records to defense counsel | 3/18/2008 |
| 60 | Plaintiffs shall identify all co-worker witnesses to testify at trial | 4/17/2008 |
| 60 | Reports for retained experts due from Plaintiffs | 4/17/2008 |
| 35 | Reports from retained experts due from Defendants | 5/12/2008 |
| 30 | Fact discovery shall be completed | 5/19/2008 |
| 10 | All motions except *motions in limine* shall be filed | 6/6/2008 |
| 10 | Expert discovery shall be completed | 6/6/2008 |

| No. of days before trial | **August 18-September 5 Trial Group** | Deadline Date |
|---|---|---|
| 90 | Depositions of the Plaintiffs must be completed | 5/20/2008 |
| 90 | Plaintiffs shall provide Defendants with any updating medical review | 5/20/2008 |
| 90 | All prior radiology and pathology shall be shared with the Defendants (radiology to be produced digitally if available)  Within 45 days from the date of production but in no case later than 15 days before trial, Defendant shall return all radiology to Plaintiffs' counsel which were produced. | 5/20/2008 |
| 90 | Plaintiffs shall execute authorizations for the blanket release of medical records to defense counsel | 5/20/2008 |
| 75 | Plaintiffs shall identify all co-worker witnesses to testify at trial | 6/4/2008 |
| 60 | Reports for retained experts due from Plaintiffs | 6/19/2008 |
| 30 | Reports from retained experts due from Defendants | 7/21/2008 |
| 30 | Fact discovery shall be completed | 7/21/2008 |
| 10 | All motions except *motions in limine* shall be filed | 8/8/2008 |
| 10 | Expert discovery shall be completed | 8/8/2008 |

| No. of days before trial | October 20-October 31 Trial Group | Deadline Date |
|---|---|---|
| 90 | Depositions of the Plaintiffs must be completed | 7/22/2008 |
| 90 | Plaintiffs shall provide Defendants with any updating medical review | 7/22/2008 |
| 90 | All prior radiology and pathology shall be shared with the Defendants (radiology to be produced digitally if available)  Within 45 days from the date of production but in no case later than 15 days before trial, Defendant shall return all radiology to Plaintiffs' counsel which were produced. | 7/22/2008 |
| 90 | Plaintiffs shall execute authorizations for the blanket release of medical records to defense counsel | 7/22/2008 |
| 75 | Plaintiffs shall identify all co-worker witnesses to testify at trial | 8/6/2008 |
| 60 | Reports for retained experts due from Plaintiffs | 8/21/2008 |
| 30 | Reports from retained experts due from Defendants | 9/22/2008 |
| 30 | Fact discovery shall be completed | 9/22/2008 |
| 10 | All motions except *motions in limine* shall be filed | 10/10/08 |
| 10 | Expert discovery shall be completed | 10/10/08 |