IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **VONNIE K. AGNER, et al.,** | ) | File No. 3:98-CV-220T |
| | ) | |
| **This document pertains to:** | ) | |
| | ) | |
| **CLYDE GOODMAN,** | ) | |
| **FRANKLIN SMITH, JR.,** | ) | |
| **WILLIAM WALLACE,** | ) | |
| **LEONA EAGLE** | ) | |
| **TERRY BEEKER,** | ) | |
| **JOHN CARRIKER, SR.,** | ) | |
| **DANNY ELKINS,** | ) | |
| **BILLY GOODLETT,** | ) | |
| **ARTHUR HUNT,** | ) | |
| **ERNEST SEAMON,** | ) | |
| **BILL SMITH,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| vs. ) | ) | |
| | ) | |
| **DANIEL INTERNATIONAL** | ) | |
| **CORPORATION, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court on the motion of the captioned Plaintiffs and Defendants Daniel International Corporation, f/k/a Daniel Construction Company; Fluor Enterprises, Inc., f/k/a Fluor Daniel, Inc.; Strategic Organization Systems Environmental Engineering Division, Inc., f/d/b/a SOS International, Inc. and SOS Environmental, Inc., to dismiss their claims with prejudice as to those named Defendants.

For good cause appearing,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiffs Terry W. Beeker and wife, Susan M. Beeker, John Franklin Carriker and wife, Mary E. Carriker; Leona Howard Eagle; Danny Lee Elkins and

wife, Hattie L. Elkins; Billy F. Goodlett and wife, Joan Goodlett; Clyde R. Goodman and wife, Lynnie Goodman; Arthur William Hunt and wife, Sandra H. Hunt; Ernest T. Seamon and wife, Jean Seamon; Bill Harrison Smith and wife, Lois G. Smith; Franklin Smith, Jr. and wife, Mary H. Smith; William L. Wallace and wife, Donna Wallace; against the Defendants Daniel International Corporation, f/k/a Daniel Construction Company; Fluor Enterprises, Inc., f/k/a Fluor Daniel, Inc.; Strategic Organization Systems Environmental Engineering Division, Inc., f/d/b/a SOS International, Inc. and SOS Environmental, Inc., are hereby **DISMISSED WITH PREJUDICE**.

Signed: August 5, 2008

Lacy H. Thornburg
United States District Judge