IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| **VONNIE K. AGNER, et al.,** | ) | File No. 3:98-CV-220T |
| | ) | |
| **This document pertains to:** | ) | |
| | ) | |
| **NOTTIE S, ALDRICH,** | ) | |
| **THOMAS R. BARNHART,** | ) | |
| **JOHN ROBERT BOGER,** | ) | |
| **MERLE D. BONDS,** | ) | |
| **CHARLES THOMAS DANIELS, SR.,** | ) | |
| **CARL COLEMAN DOBY,** | ) | |
| **EDWARD RAY FONSECA, SR.,** | ) | |
| **GARY W. GIBBONS,** | ) | |
| **ELSIE MAE GUY,** | ) | |
| **LARRY W. HENDRICKSON,** | ) | |
| **BETTYE JEAN JACKSON,** | ) | |
| **JOHN ALLEN KENNEDY,** | ) | |
| **KENNETH W. MEASMER,** | ) | |
| **CHARLES RAY NALL,** | ) | |
| **BILLY REAVIS,** | ) | |
| **HENRY G. SAINE,** | ) | |
| **KERMIT ALEXANDER SHUMAKER,** | ) | |
| **STEVEN CLARK STIREWALT,** | ) | |
| **WILLIAM E. TANNER, SR.,** | ) | |
| **RONALD F. THOMAS,** | ) | |
| **DANNY GALE WARREN,** | ) | |
| | ) | |
|          **Plaintiffs,** | ) | |
| | ) | |
|    **vs.** | ) | |
| | ) | |
| **DANIEL INTERNATIONAL** | ) | |
| **CORPORATION,** *et al.*, | ) | |
| | ) | |
|          **Defendants.** | ) | |

# ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court on the motion of captioned Plaintiffs and Defendants Daniel International Corporation, f/k/a Daniel Construction Company; Fluor Enterprises, Inc., f/k/a Fluor Daniel, Inc.; Strategic Organization Systems Environmental Engineering Division, Inc., f/d/b/a SOS International, Inc. and SOS Environmental, Inc., to dismiss this action with prejudice as to said Defendants.

For good cause appearing,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiffs Nottie S. Aldrich and Ben Aldrich; Thomas R. Barnhardt and Vickie Barnhardt; John Robert Boger and Donna R. Boger; Merle D. Bonds and Joyce L. Bonds; Charles Thomas Daniels, Sr. and Judith C. Daniels; Carl Coleman Doby and Patricia A. Doby; Edward Ray Fonseca, Sr., and Annie M. Fonseca; Gary W. Gibbons and Roxanne S. Gibbons; Elsie Mae Guy and Raymond Guy; Larry W. Hendrickson and Doris L. Hendrickson; Bettye Jean Jackson and Calvin L. Jackson; John Allen Kennedy and Jamilla Kennedy; Kenneth W. Measmer; Charles Ray Nall and Charlotte Nall; Billy Reavis and Iva G. Reavis; Henry G. Saine and Reba Saine; Kermit Alexander Shumaker and Lynn W. Shumaker; Steven Clark Stirewalt and Janet B. Stirewalt; William E. Tanner, Sr. and Mary S. Tanner; Ronald F. Thomas and Sarah J. Thomas; Danny Gale Warren and Lorine M. Warren, against the Defendants Daniel International Corporation, f/k/a Daniel Construction Company; Fluor Enterprises, Inc., f/k/a Fluor Daniel, Inc.; Strategic Organization Systems Environmental Engineering Division, Inc., f/d/b/a SOS International, Inc. and SOS Environmental, Inc., are hereby **DISMISSED WITH PREJUDICE**.

Signed: October 23, 2008

Lacy H. Thornburg
United States District Judge