## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **VONNIE K. AGNER, et al.,** | ) | |
| | ) | |
| **This document pertains to:** | ) | |
| | ) | |
| **JOE E. BARBEE,** | ) | File No. 3:98-CV-220T |
| **TERRY J. BOND** | ) | |
| **LARRY G. BOWLES,** | ) | |
| **JAMES L. COLEMAN,** | ) | |
| **JOE L. ELLIS,** | ) | |
| **MARTHA JANE FAUST,** | ) | |
| **FRED ALEXANDER HOLMES,** | ) | |
| **WILLIAM C. JENNINGS, JR.,** | ) | |
| **BOBBY HURST JOHNS,** | ) | |
| **RONALD J. KEPLEY,** | ) | |
| **CLYDE HOUSTON MILLER,** | ) | |
| **BOBBY LEWIS MORRISON, SR.** | ) | |
| **JOE M. POWLAS,** | ) | |
| **ADA MAE ROBERTSON,** | ) | |
| **GLENN CALVIN SEAFORD, SR.,** | ) | |
| **HOWARD L. SHOE,** | ) | |
| **DONALD CARSON SHOE, SR.,** | ) | |
| **JAMES ALEXANDER WALKER, JR.,** | ) | |
| **CHARLES ODELL WELDON,** | ) | |
| **MIRON L. WILHELM,** | ) | |
| **WALTER E. WISE, JR.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **DANIEL INTERNATIONAL** | ) | |
| **CORPORATION, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court on the joint motion of the captioned Plaintiffs and

Defendants Daniel International Corporation, f/k/a Daniel Construction Company; Fluor

Enterprises, Inc., f/k/a Fluor Daniel, Inc.; Strategic Organization Systems Environmental Engineering Division, Inc., f/d/b/a SOS International, Inc. and SOS Environmental, Inc., to dismiss this action with prejudice as to the named Defendants.

For good cause appearing,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiffs Joe B. Barbee and Marilyn Barbee; Terry J. Bond and Nancy M. Bond; Larry G. Bowles and Ann D. Bowles; James L. Coleman; Joe L. Ellis and Annie R. Ellis; Martha Jane Faust; Fred Alexander Holmes and Sallie P. Holmes; William C. Jennings, Jr. and Karen S. Jennings; Bobby Hurst Johns and Maxine C. Johns; Ronald J. Kepley and Annie B. Kepley; Clyde Houston Miller and Betty C. Miller; Bobby Lewis Morrison, Sr. and Elma Morrison; Joe M. Powlas and Kathleen E. Powlas; Ada Mae Robertson; Glenn Calvin Seaford, Sr. and Katherine Seaford; Howard I. Shoe and Patsy Shoe; Donald Carson Shoe, Sr. and Bonita Myers Shoe; James Alexander Walkers, Jr.; Charles Odell Weldon and Lelia Weldon; Miron L. Wilhelm and Gayle K. Wilhelm; Walter E. Wise Jr. and Sandra Wise, against the defendants Daniel International Corporation, f/k/a Daniel Construction Company; Fluor Enterprises, Inc., f/k/a Fluor Daniel, Inc.; Strategic Organization Systems Environmental Engineering Division, Inc., f/d/b/a SOS International, Inc. and SOS Environmental, Inc., are hereby **DISMISSED WITH PREJUDICE**.

Entry of this Order closes this matter as to all parties.

Signed: January 20, 2009

Lacy H. Thornburg
United States District Judge