# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Vonnie K. Agner,

    Plaintiff(s),

vs.

Fluor Daniel et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:98cv220

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1/20/09 Order.

Signed: January 20, 2009

Frank G. Johns, Clerk
United States District Court